

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:  In re Intermarine, LLC, Industrial Maritime Carriers, LLC, Industrial Maritime Carriers (Bermuda), Ltd., and James Destefano

Appellate case number:  01-16-00912-CV

Trial court case number:  2015-75080

Trial court:  129th District Court of Harris County

On November 22, 2016, relators Intermarine, LLC, Industrial Maritime Carriers, LLC, Industrial Maritime Carriers (Bermuda), Ltd., and James Destefano filed a "Motion to Stay Proceedings Pending Mandamus Review." Relators' motion to stay the underlying proceedings is **denied**.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle _____
                   Acting individually

Date:  November 23, 2016 _____